# UNITED STATES DISTRICT COURT

## District of Minnesota

Dwine Lovala

Petitioner,

v.

Pamela Bondi, Kristi Noem,
Todd M. Lyons, Ryan Shea, and David
Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00627-KMM/DLM**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Dwine L.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is GRANTED.

2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court ORDERS Respondents to immediately release Dwine L. with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without conditions. The Court is aware that Dwine L. is currently being held in the District, so his release in Minnesota is assumed. This release must occur within 24 hours of this Order.

4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If

Dwine L. has not been released as previously ordered, Respondents should immediately notify the Court of when he will be released.

Date: 1/29/2026

KATE M. FOGARTY, CLERK